UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                          Hon. George Caram Steeh
                                                               Case No. 2:06-cr-20556

vs.

D-1 JASVIR SINGH DHANOA,

    Defendant.
_____/

## **STIPULATION FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel, that JAMES C. THOMAS be substituted in the place and stead of James C. Howarth as counsel for the Defendant, JASVIR SINGH DHANOA in the above matter.

So Stipulated:

| | |
|---|---|
| /s/ James C. Howarth w/consent | /s/ James C. Thomas |
| James C. Howarth P15179 | James C. Thomas P23801 |
| 535 Griswold, Suite 1030 | 535 Griswold, Suite 2632 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 962-3500 | (313) 962-8280 |
| Email: jchowarth2000@aol.com | Email: jthomas@plunkettcooney.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                       Hon. George Caram Steeh
                                                                            Case No. 2:06-cr-20556

vs.

D-1 JASVIR SINGH DHANOA,

    Defendant.
_____/

**ORDER FOR SUBSTITUTION OF COUNSEL**

At a session of said Court held in
the U.S. Courthouse, Detroit, Michigan
on December 11, 2006.

PRESENT: HON.    GEORGE CARAM STEEH
                              U.S. DISTRICT JUDGE

      This Court having reviewed the above Stipulation and being otherwise fully advised in the premises;

      IT IS HEREBY ORDERED that JAMES C. THOMAS be substituted as counsel for Defendant, JASVIR SINGH DHANOA in the place and stead of James C. Howarth.

                                                       s/George Caram Steeh
                                                       GEORGE CARAM STEEH
                                                       U.S. DISTRICT COURT JUDGE